**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   DERRICK W. BROOKS, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 18-17120 ELF |

# O R D E R

AND NOW, the Debtor having filed the above bankruptcy case in this court on **October 29, 2018**;

AND, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, the Debtor having recently filed a prior bankruptcy case in this court on **May 29, 2018**, docketed at Bky. No. 18-13493 ("the Prior Case");

AND, the Prior Case also having been dismissed by the court on **June 15, 2018** due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed for failure to file documents, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **December 4, 2018, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** at which time the court will consider whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

Date: **November 19, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:    Derrick W. Brooks
       3565 Barbara Lane
       Harleysville, PA 19438