United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-17120-elf
Derrick W. Brooks                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 1         Date Rcvd: Nov 19, 2018
                              Form ID: pdf900            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
```
db            +Derrick W. Brooks,    3565 Barbara Lane,    Harleysville, PA 19438-3301
14220565      +AES/PHEAA FRN,    P.O. Box 61047,    Harrisburg PA 17106-1047
14227911      +Commonwealth Of Pennsylvania,    c/o Denise A. Kuhn, Esquire,    The Phoenix Building,
               1600 Arch Street, Suite 300,    Philadelphia, Pa 19103-2016
14224777      +M & T Bank,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Nov 20 2018 02:46:34     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2018 02:46:28     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2018 02:46:21
               Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
               Harrisburg, PA  17128-0946
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2018 02:52:01     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14220567      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2018 02:52:39     LVNV Funding LLC,
               c/o Resurgent Capital Services,    P.O. Box 1269,    Greenville SC 29602-1269
14220562       E-mail/Text: camanagement@mtb.com Nov 20 2018 02:46:14     M & T Bank,    P.O. Box 900,
               Millsboro DE 19966
14220566       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 02:52:00
               Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk VA 23502
14221110      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 02:52:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14230272       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2018 02:46:21
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
```
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   DERRICK W. BROOKS,        :    Chapter 13
                                   :
         Debtor                    :    Bky. No. 18-17120 ELF

# O R D E R

AND NOW, the Debtor having filed the above bankruptcy case in this court on **October 29, 2018**;

AND, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, the Debtor having recently filed a prior bankruptcy case in this court on **May 29, 2018**, docketed at Bky. No. 18-13493 ("the Prior Case");

AND, the Prior Case also having been dismissed by the court on **June 15, 2018** due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

AND, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed for failure to file documents, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **December 4, 2018, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** at which time the court will consider whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

**Date: November 19, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Derrick W. Brooks
      3565 Barbara Lane
      Harleysville, PA 19438