# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DERRICK W. BROOKS,            :   Chapter 13
                                       :
         Debtor                        :   Bky. No. 18-17120 ELF

# O R D E R

AND NOW, upon consideration of the Debtor's Emergency Motion for Leave to File New Bankruptcy Case (Doc. # 19), and after a hearing held on **April 18, 2019**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Order dated **January 22, 2019** (Doc. # 17) is **VACATED** effective **April 17, 2019 , at 3:30 p.m**. and the Debtor is **AUTHORIZED** to file a new chapter 13 bankruptcy case.[1]

**Date: April 18, 2019**

                                       ERIC L. FRANK
                                       U.S. BANKRUPTCY JUDGE

cc:   Derrick W. Brooks
      3565 Barbara Lane
      Harleysville, PA 19438

---

[1] The ruling on the Motion was delivered by oral order in open court on **April 17, 2019**. This order memorializes the oral order.