United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17120-elf
Derrick W. Brooks                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia          Page 1 of 1               Date Rcvd: Apr 18, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db              +Derrick W. Brooks,    3565 Barbara Lane,    Harleysville, PA 19438-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
          DENISE A. KUHN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
           dkuhn@attorneygeneral.gov
          REBECCA ANN SOLARZ   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **DERRICK W. BROOKS,**          :          **Chapter 13**
                                                          :
                       **Debtor**          :          **Bky. No. 18-17120 ELF**

**O R D E R**

AND NOW, upon consideration of the Debtor's Emergency Motion for Leave to File

New Bankruptcy Case (Doc. # 19), and after a hearing held on **April 18, 2019**, and for the

reasons stated in court, it is hereby **ORDERED** that:

1.   The Motion is **GRANTED**.

2.   The Order dated **January 22, 2019** (Doc. # 17) is **VACATED** effective **April 17, 2019 , at**

     **3:30 p.m**. and the Debtor is **AUTHORIZED** to file a new chapter 13 bankruptcy case.[1]

Date: **April 18, 2019**

                       **ERIC L. FRANK**
                       **U.S. BANKRUPTCY JUDGE**

cc:     Derrick W. Brooks
        3565 Barbara Lane
        Harleysville, PA 19438

---

[1]     The ruling on the Motion was delivered by oral order in open court on **April 17, 2019**.
This order memorializes the oral order.